UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00118-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GREGORY WILLIAM COLEMAN,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's unopposed Motion for Early Termination of Supervised Release. Having considered defendant's unopposed motion and reviewed the pleadings, and it appearing that the USAO and USPPSO concur, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's unopposed Motion for Early Termination of Supervised Release (#24) is GRANTED, and defendant's supervised release is TERMINATED early as successfully completed.

Signed: April 1, 2015

Max O. Cogburn Jr.
United States District Judge